FORM 8A. Entry of Appearance                                                    Form 8A (p.1)
                                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1537

**Short Case Caption:** DuraSystems Barriers, Inc. v. Van-Packer Co.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

DuraSystems Barriers, Inc.

| **Principal Counsel:** Chad Nydegger | Admission Date: 06/05/2005 |
|---|---|
| Firm/Agency/Org.: Workman Nydegger | |
| Address: 60 East South Temple, Ste. 1000, Salt Lake City, UT 84111 | |
| Phone: 801-533-9800 | Email: cnydegger@wnlaw.com |
| **Other Counsel:** Brian Platt | Admission Date: 08/01/2022 |
| Firm/Agency/Org.: Workman Nydegger | |
| Address: 60 East South Temple, Ste. 1000, Salt Lake City, UT 84111 | |
| Phone: 801-533-9800 | Email: bplatt@wnlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 3/20/24            Signature: /s/ Chad E. Nydegger

                         Name:      Chad E. Nydegger

FORM 8A. Entry of Appearance                                                Form 8A (p.2)
                                                                            July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Ryan Morris | Admission Date: 09/19/2007 |
|---|---|
| Firm/Agency/Org.: Workman Nydegger | |
| Address: 60 East South Temple, Ste. 1000, Salt Lake City, UT 84111 | |
| Phone: 801-533-9800 | Email: rmorris@wnlaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |