**FORM 9A. Notice of Related Case Information**                                     **Form 9A (p. 1)**
                                                                                                               **March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**    24-1537

**Short Case Caption**    DuraSystems Barriers, Inc. v. Van-Packer Co.

**Filing Party/Entity**    DuraSystems Barriers, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> DuraSystems Barriers, Inc. v. Van-Packer Co., Jeremias, Inc., No. 2023-1888 originating from the United States District Court for the Central District of Illinois in No. 1:19-cv-01388-SLD-JEH, 4:20-cv-04069-SLD-JEH.

☐     Additional pages attached

FORM 9A. Notice of Related Case Information                          Form 9A (p. 2)
                                                                      March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

DuraSystems Barriers, Inc.

Van-Packer Co.

Jeremias, Inc.

---

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

The case was dismissed on an unopposed motion before the parties entered appearances.

---

☐    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/20/2024                    Signature:  /s/ Chad E. Nydegger

                                    Name:       Chad E. Nydegger