FORM 26. Docketing Statement                                                              Form 26 (p. 1)
                                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1537

**Short Case Caption:** DuraSystems Barriers, Inc. v. Van-Packer Co.

**Filing Party/Entity:** DuraSystems Barriers, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| C.D. Illinois | 1:19-cv-01388 | Patent infringement |

**Relief sought on appeal:** ☑ None/Not Applicable

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Determination of infringement of US Patent No. 10,024,569 (the "'569 patent") and issuance of permanent injunction

**Briefly describe the judgment/order appealed from:**

Final judgment in favor of DuraSystems that claims 3, 6, 10-13, 16, 19 and 20 of the '569 patent are infringed and issuance of permanent injunction

**Nature of judgment (select one):**          **Date of judgment:** 1/19/24

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                     _____

FORM 26. Docketing Statement                                          Form 26 (p. 2)
                                                                      July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

whether the district court's claim constructions used to find infringement of the '569 patent are correct

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☑ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

The parties are too far apart on the issues

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 3/20/24            Signature: /s/ Chad Nydegger

                         Name:      Chad Nydegger

Save for Filing