FORM 9A. Notice of Related Case Information  Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 24-1537

**Short Case Caption** Dura Systems Barriers, Inc. v. Van-Packer Co.

**Filing Party/Entity** Van-Packer Co., Jeremias, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> Dura Systems Barriers, Inc. v. Van-Packer Co., No. 23-1888 (Fed. Cir.)
> (voluntary dismissal under Fed. R. App. P. 42(b) entered 06/06/2023)

☐   Additional pages attached

FORM 9A. Notice of Related Case Information Form 9A (p. 2)
 March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Dura Systems Barriers, Inc.
Van-Packer Co.
Jeremias, Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Workman Nydegger: Brian Platt
K&L Gates LLP: Katherine Allor

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/20/2024 Signature: /s/ George Summerfield

 Name: George Summerfield