**K&L GATES**

May 14, 2025

George C. Summerfield
Partner
George.Summerfield@klgates.com

T +86 10 5817 6105
F +86 10 8518 9299

**VIA ECF**

Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Pl., NW
Washington, DC 20439

Re: *Dura Systems Barriers, Inc. v. Van-Packer Co.,* No. 2024-1537 – Notice of Visual Aid

Dear Clerk:

    This letter serves as notice that, pursuant to Fed. Cir. R. 34(c)(2), Appellants in the afore-referenced matter, Van-Packer Co. and Jeremias, Inc., intend to use as a visual aid during oral argument a sample of Appellants' accused separator.

Sincerely,

*George C. Summerfield*

George C. Summerfield

*Attorney for Appellants*